```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
                AT CHARLESTON
```

**BROOKLYN PAIGE TEETERS,**

    Plaintiff,

v.                                      Civil Action No. 2:19-cv-00526

**ANDREW SAUL,** Commissioner
of Social Security,

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court has received the Proposed Findings and Recommendation ("PF&R") of United States Magistrate Judge Omar J. Aboulhosn entered on February 10, 2020, relating to plaintiff's motion for judgment on the pleadings and request for remand and defendant's brief in support of defendant's decision.

The magistrate judge recommends that the court deny plaintiff's request for remand, grant defendant's request to affirm the decision of the Commissioner, affirm the final decision of the Commissioner, and dismiss this action from the court's docket.  Neither party has objected to the magistrate judge's PF&R.

Based upon the foregoing, the court, accordingly, ORDERS that:

1.  The PF&R be, and it hereby is, adopted by the court and incorporated herein;

2.  Plaintiff's motion for judgment on the pleadings and request for remand be, and hereby is, denied;

3.  Defendant's request to affirm the decision of the Commissioner be, and it hereby is, granted;

4.  The final decision of the Commissioner be, and it hereby is, affirmed; and

5.  This case be, and it hereby is, dismissed from the court's docket.

The Clerk is directed to forward copies of this memorandum opinion and all counsel of record and to the United States Magistrate Judge.

ENTER: March 4, 2020

John T. Copenhaver, Jr.
Senior United States District Judge